# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH MICHEAL D'ADAMO, in his individual and representative capacity as trustee; LISA L. D'ADAMO, in her individual and representative capacity as trustee; and Does 1-10, <br><br> Defendants. | Case: 4:16-CV-06062-KAW <br><br> **ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed without prejudice.

Dated: 1/10/17

*Kandis Westmore*

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE COURT JUDGE